## Commonwealth ex rel. Blackman, Appellant, *v.* Myers.

Submitted November 13, 1967. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Robert Blackman,* appellant, in propria persona.

*Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM, March 15, 1968:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.